IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH KEITH THOMAS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NANCY A. BERRYHILL,  )<br>Acting Commissioner of Social Security,[1]  )<br>  )<br>    Defendant.  ) | CIVIL ACTION NO. 2:14cv1119-CSC<br>(WO) |

**O R D E R**

Now pending before the court is the plaintiff's petition for an award of attorney's fees (doc. # 17) filed on February 8, 2017. Upon consideration of the motion, and for good cause, it is

ORDERED that on or before February 23, 2017, the defendant shall show cause why the motion should not be granted.

Done this 8th day of February, 2017.

                                /s/Charles S. Coody
                                CHARLES S. COODY
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 20, 2017.